UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-mc-82087-RKA

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,
v.

ALBERT JULES

    Defendant,
and

TD AMERITRADE, INC.,

    Garnishee.
_____/

## ANSWER OF GARNISHEE TD AMERITRADE, INC. TO WRIT OF GARNISHMENT AND DEMAND FOR ATTORNEY'S FEES

Garnishee TD Ameritrade, Inc. ("Garnishee"), by and through its undersigned attorneys, hereby submits its Answer to the Writ of Garnishment, and states:

1. Garnishee is a securities broker-dealer with offices in Florida. On July 19, 2022, Garnishee was served with the Writ of Garnishment dated July 12, 2022 (the "Writ") as to Defendant, Albert Jules ("Defendant").

2. A search of Garnishee's records, based on the information obtained from Plaintiff's Counsel, reveals that at the time of service of the Writ, at the time of service of this Answer, and all times in between, Defendant did not maintain any accounts with Garnishee.

3. Unless otherwise specifically provided herein:

    a. Garnishee was not indebted to Defendant at the time of service of the Writ, at the time of this Answer, or at any time between such times;

    b. Garnishee has not had tangible or intangible personal property of Defendant in its possession or control at the time of service of the Writ, at the time of this Answer, or at any time between such times;

    c. Garnishee has no other knowledge of any amounts due or owing Defendant; and

    d. Garnishee has no knowledge of any other person indebted to Defendant nor of any person who may have any property of Defendant in his or her possession or control.

  5. Garnishee has retained the undersigned law firm and agree to pay a reasonable fee for its services herein. As partial payment of its attorney's fees, Garnishee demands payment of the $100.00 fee deposit pursuant to Chapter 77, Florida Statutes, to be payable directly to "Baritz & Colman LLP IOTA Trust Account" and mailed to the undersigned at the below provided address. Garnishee reserves the right to seek additional fees and costs in connection with those sums it expends or agrees to expend in obtaining representation in response to the Writ.

  6. Pursuant to Fla. R. Jud. Admin 2.516(b)(1)(A), the undersigned hereby designates its primary and secondary e-mail addresses ONLY AS IT PERTAINS TO THIS WRIT as follows:

  Primary E- Mail Address: Heather Cooper – hcooper@baritzcolman.com
  Secondary Email Addresses: service@baritzcolman.com; mizzo@baritzcolman.com

Dated: July 25, 2022        **BARITZ & COLMAN LLP**
                Counsel for Garnishee, *TD Ameritrade, Inc.*
                1075 Broken Sound Parkway, NW
                Suite 102
                Boca Raton, Florida 33487
                561/864-5100 (phone)
                561/864-5101 (fax)

                By: */s/ Heather Cooper*
                   Heather Cooper, Esq.
                   FBN: 117657
                   hcooper@baritzcolman.com
                   service@baritzcolman.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on July 25, 2022, on Alison N. Emery, Esq. Emery Law, PLLC, 5011 Gate Parkway, Bldg. 100, Suite 100, Jacksonville, Florida 32256, via the CM/ECF Filing Portal.

                                                   By: */s/ Heather Cooper*
                                                          Heather Cooper, Esq.