

PO Box 770001
Cincinnati, OH 45277-0031

# IN THE DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA IN AND FOR WEST PALM BEACH DIVISION

Matthew Orso as Successor Trustee to Kenneth D. )
Bell in his Capacity as Court- Appointed Receiver )
for Rex Venture Group, LLC, )
    Plaintiff )
     )
vs. )
     )
Albert Jules )
    Defendant, )
     )
Fidelity Brokerage Services, LLC )
    Garnishee. )

Case No. :20-mc-82087-RKA

FILED BY ____cals____ D.C.

AUG 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ANSWER OF GARNISHEE

Now comes Fidelity Brokerage Services LLC ("FBS") to answer the Writ of Garnishment, served upon it on August 9, 2022, in connection with the above-referenced matter.

1. FBS states that based on the information provided, our records do not reflect any retail assets registered to the defendant, Albert Jules.

Signed under the penalties of perjury, to the best of my knowledge and belief, by Julia Moynihan, Agent and Employee of FBS on this 16th day of August 2022.

_[signature]_
Julia G. Moynihan
Agent and Employee of FBS
245 Summer St.
Boston, MA 02210
(401) 292-4104

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC



PO Box 770001
Cincinnati, OH 45277-0031

## CERTIFICATE OF SERVICE

I hereby certify that on August 16th, 2022, I served the within Answer of the Garnishee by mailing a copy, via UPS, prepaid to:

*Plaintiff's Attorney*:

Alison N. Emery, Esq.
Emery Law, PLLC
5011 Gate Parkway, Building 100, Suite 100
Jacksonville, Florida 32256

Signed this 16th day of August 2022.

*[signature]*

Julia G. Moynihan
Agent and Employee of FBS
245 Summer St.
Boston, MA 02210
(401) 292-4104

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC

PO Box 770001
Cincinnati, OH 45277-0031



August 16, 2022

Angela E. Noble
Clerk of the District Court
Southern District of Florida, West Palm Beach Division
Paul G. Rogers Federal Building and US Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401

Re: <u>Matthew Orso as Successor Trustee to Kenneth D. Bell in his Capacity as Court- Appointed Receiver for Rex Venture Group, LLC, v. Albert Jules, v. Fidelity Brokerage Services, LLC</u>
Case No. 9:20-mc-82087-RKA
Fidelity File No. W236516-10AUG22

Dear Clerk:

Enclosed for filing please find the Answer of Fidelity Brokerage Services, LLC ("FBS"), to the Writ of Garnishment in connection with the above-referenced matter.

Please send all future correspondence to Fidelity Investments, Attn: Court Order Restrictions, P.O. Box 770001, Cincinnati, OH 45277-0031.  Overnight or certified mail can be sent to Fidelity Investments, Attn: Court Order Restrictions, 100 Crosby Pkwy, KC1D, Covington, KY 41015-0031.

If you have any questions, please call me at (401) 292-4104 between 8:30 AM and 5:00 PM Eastern Time.

Sincerely,

Julia G. Moynihan
Legal Operations Analyst

Enclosure

cc:   Alison N. Emery, Esq.

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC

**Extremely Urgent**

MOYNIHAN, JULIA
6175636245
FIDELITY
44 MALL ROAD
BURLINGTON MA 01803

1 LBS   1 OF 1

8/16/22, 11:28 AM

SHIP TO:
ANGELA E NOBLE, CLERK OF DISTRICT C
18003433548
SOUTHERN DISTRICT OF FLORIDA, WEST
ROOM 202
701 CLEMATIS STREET
**WEST PALM BEACH FL 33401-5104**



FL 334 0-09

**UPS 2ND DAY AIR**   2
TRACKING #: 1Z 7R1 463 02 9352 4057